# ALABAMA COURT OF CRIMINAL APPEALS



August 29, 2025

**CR-2025-0071**
Dedrick Racean Thomas v. State of Alabama (Appeal from Tuscaloosa Circuit Court: CC-21-807.70)

## NOTICE

You are hereby notified that on August 29, 2025, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk